IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY A. HURST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-73 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

### ORDER

MITCHELL S. GOLDBERG, J.

AND NOW, this 13 day of May, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 10), Defendant's Response thereto (Doc. No. 11), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 14), IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED;

3. JUDGMENT IS ENTERED in favor of Defendant; and

4. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.